AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

Laurie Brown, Oluwakemi Fosudo and Abigail Musick, individually and on behalf of all others similarly situated

*Plaintiff(s)*

v.

Walmart, Inc.

*Defendant(s)*

Civil Action No. 5:24-cv-05144-TLB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Walmart, Inc.
702 SW 8th Street
Bentonville, AR 727716

c/o CT Corporation System, Registered Agent for Service
320 S. Izard Street
Little Rock, AR 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: H. Gregory Campbell
Campbell Law Firm, P.A.
2100 Riverdale Road, Suite 200b
Little Rock, AR 72202
501-372-5659

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/15/2024

*J Davis*

*Signature of Clerk or Deputy Clerk*

Case 5:24-cv-05144-TLB   Document 6   Filed 07/17/24   Page 2 of 2 PageID #: 35
Case 5:24-cv-05144-TLB   Document 5 ***RESTRICTED***   Filed 07/15/24   Page 2 of 2
PageID #: 33

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:24-cv-05144-TLB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Walmart, Inc__
was received by me on *(date)* __7/15/24__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __Walmart, Inc__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __CT Corporation__
on *(date)* __7/16/24__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __75.00__ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7/16/24__

_Tammy M. Bartlett_
Server's signature

_Tammy M. Bartlett, Server_
Printed name and title

_P.O. Box 1215, Benton, AR 72018_
Server's address

Additional information regarding attempted service, etc: