UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| LAURIE BROWN; OLUWAKEMI FOSUDO; and ABIGAIL MUSICK, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>    v.<br><br>WALMART, INC.,<br><br>        Defendant. | Case No. 5:24-cv-05144 |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.5(d), H. Gregory Campbell respectfully moves for admission pro hac vice of Frank S. Hedin on behalf of Plaintiffs Laurie Brown, Oluwakemi Fosudo, and Abigail Musick to represent them, appear, and participate on their behalf in this case:

1. H. Gregory Campbell is an attorney licensed to practice law in the State of Arkansas and has been licensed since 1992.

2. Mr. Hedin is a resident of Florida. He was admitted to the Florida Bar on April 30, 2014. He is a member in good standing of the Florida Bar, having graduated from the Syracuse University College of Law. He is admitted to practice before the Florida Supreme Court, California Supreme Court, the United States District Court for the Southern District of Florida, Northern District of California, Central District of California, Southern District of California, Eastern and Western Districts of Michigan, Western District of Wisconsin, and the United States Court of Appeals for the Second, Seventh, and Ninth Circuits. He is of good moral and professional character.

3. Mr. Hedin has not been the subject of any disciplinary proceedings, investigation, action, or grievance procedure, has not been disbarred in other courts, and has not been denied admission to the courts of any state or court of the United States. Mr. Hedin is competent to practice before this Court. Subject to the investigation of his fitness, competency, and qualifications, he should be granted admission to the Bar of this Honorable Court.

4. Mr. Hedin is the Founder and name Partner of Hedin LLP, 1395 Brickell Ave. Suite 610, Miami, Florida 33131. Mr. Hedin submits to all disciplinary procedures applicable to Arkansas lawyers.

5. Attached as Exhibit A is a Declaration from Mr. Hedin, which is incorporated herein by reference. Attached to the Declaration is a Certificate of Good Standing from the Florida Supreme Court or Mr. Hedin, which is also incorporated herein by reference.

WHEREFORE, H. Gregory Campbell moves this Honorable Court to admit Frank S. Hedin as Counsel for Plaintiffs.

Dated: July 19, 2024                    Respectfully submitted,

/s/ H. Gregory Campbell
H. Gregory Campbell (AR #92001)
Campbell Law Firm, P.A.
2100 Riverdale Road, Suite 200B
Little Rock, AR 72202
(501) 372-5659
greg@gcampbell-law.com

*Counsel for Plaintiffs and Putative Class*