## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | |
|---|---|
| LAURIE BROWN; OLUWAKEMI FOSUDO; and ABIGAIL MUSICK, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WALMART, INC.,<br><br>　　　　　　Defendant. | Case No. 5:24-cv-05144 |

## DECLARATION OF ARUN G. RAVINDRAN IN SUPPORT OF
## MOTION TO APPEAR PRO HAC VICE

I, Arun G. Ravindran, declare as follows:

1.　　I am an attorney at Hedin LLP, 1395 Brickell Ave. Suite 610, Miami, Florida 33131.

2.　　I am a resident of Florida.

3.　　I am a member in good standing of the Florida Bar.

4.　　I am admitted to practice before all state courts of competent jurisdiction in the State of Florida. I am admitted to practice before the Florida Supreme Court and the United States District Court for the Middle and Southern Districts of Florida.

5.　　I have maintained my good standing in each of the courts in which I am admitted to practice law. Attached is a certificate of good standing from the Florida Supreme Court reflecting my good standing.

6.　　I have never been the subject of any disciplinary action or investigation by any court or bar.

7.　　I submit to all disciplinary procedures applicable to Arkansas lawyers.

I declare under penalty of perjury that the above is true and correct.

Dated: July 19, 2024

/s/ Arun G. Ravindran