IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LAURIE BROWN; OLUWAKEMI FOSUDO;**
and **ABIGAIL MUSICK, individually and on**
**behalf of all others similarly situated**                                              **PLAINTIFFS**

v.                                  NO. 5:24-cv-05144-TLB

**WALMART, INC.**                                                                           **DEFENDANT**

### JOINT MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Plaintiffs Laurie Brown, Oluwakemi Fosudo, and Abigail Musick, individually and on behalf of all others similarly situated (collectively, "Plaintiffs") and Defendant Walmart Inc. ("Walmart"), by and through their respective attorneys, for their Joint Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiffs' Complaint, state:

1. On July 17, 2024, Plaintiffs served the Complaint (Doc. 2) in the above-captioned matter on Walmart.

2. Walmart's current deadline to answer, move, or otherwise respond to the Complaint is August 6, 2024.

3. In order to provide Walmart sufficient time to investigate the allegations and claims set forth in the Complaint, the parties have agreed to request that the Court extend the time period for Walmart to answer, move, or otherwise respond to the Complaint up to and including October 7, 2024.

4. Pursuant to Local Rule 7.2(d)(1), no brief accompanies this request for an extension of time.

WHEREFORE, for the reasons stated above, Plaintiffs and Walmart respectfully request that their Joint Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint be granted.

This 22nd day of July, 2024.

        Respectfully submitted,

        H. Gregory Campbell (Ark. Bar No. 92001)
        **CAMPBELL LAW FIRM, P.A.**
        2100 Riverdale Road, Suite 200B
        Little Rock, Arkansas 72202
        (501) 372-5659
        greg@gcampbell-law.com

        Frank S. Hedin (pro hac vice to be filed)
        Arun G. Ravindran (pro hac vice to be filed)
        Elliot O. Jackson (pro hac vice to be filed)
        **HEDIN LLP**
        1395 Brickell Ave., Suite 610
        Miami, Florida 33131-3302
        Telephone:    (305) 357-2107
        Facsimile:    (305) 200-8801
        fhedin@hedinllp.com
        aravindran@hedinllp.com
        ejackson@hedinllp.com

        *Attorneys for Plaintiffs and Putative Class*

        **AND**

        Karen P. Freeman (Ark. Bar No. 2009094)
        Colt D. Galloway (Ark. Bar No. 2016212)
        **MITCHELL, WILLIAMS, SELIG**
        **GATES & WOODYARD, P.L.L.C.**
        4206 South J.B. Hunt Drive, Suite 200
        Rogers, Arkansas 72758
        (479) 464-5650
        kfreeman@mwlaw.com
        cgalloway@mwlaw.com

        Ryan J. Walsh (pro hac vice forthcoming)
        Alec Solotorovsky (pro hac vice forthcoming)
        **EIMER STAHL LLP**
        10 East Doty Street, Suite 621
        Madison, Wisconsin 53703
        (608)-620-8346
        rwalsh@EimerStahl.com
        asolotorovsky@EimerStahl.com

        *Attorneys for Defendant*