UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| LAURIE BROWN; OLUWAKEMI FOSUDO; and ABIGAIL MUSICK, individually and on behalf of all others similarly situated,<br><br>                 Plaintiffs,<br>   v.<br><br>WALMART, INC.,<br><br>                 Defendant. | Case No. 5:24-cv-05144 |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 83.5(d), H. Gregory Campbell respectfully moves for admission pro hac vice of Elliot O. Jackson on behalf of Plaintiffs Laurie Brown, Oluwakemi Fosudo, and Abigail Musick to represent them, appear, and participate on their behalf in this case:

1. H. Gregory Campbell is an attorney licensed to practice law in the State of Arkansas and has been licensed since 1992.

2. Mr. Jackson is a resident of Florida. He was admitted to the Florida Bar on February 17, 2022. He is a member in good standing of the Florida Bar, having graduated from the Florida A&M University College of Law in 2021. He is admitted to practice before the Florida Supreme Court and the United States District Court for the Middle and Southern Districts of Florida. He is of good moral and professional character.

3. Mr. Jackson has not been the subject of any disciplinary proceedings, investigation, action, or grievance procedure, has not been disbarred in other courts, and has not been denied admission to the courts of any state or court of the United States. Mr. Jackson is competent to practice before this Court. Subject to the investigation of his fitness,

competency, and qualifications, he should be granted admission to the Bar of this Honorable Court.

4. Mr. Jackson is an Associate Attorney at Hedin LLP, 1395 Brickell Ave. Suite 610, Miami, Florida 33131. Mr. Jackson submits to all disciplinary procedures applicable to Arkansas lawyers.

5. Attached as Exhibit A is a Declaration from Mr. Jackson, which is incorporated herein by reference. Attached to the Declaration is a Certificate of Good Standing from the Florida Supreme Court or Mr. Jackson, which is also incorporated herein by reference.

WHEREFORE, H. Gregory Campbell moves this Honorable Court to admit Elliot O. Jackson as Counsel for Plaintiffs.

Dated: July 19, 2024

Respectfully submitted,

/s/ H. Gregory Campbell
H. Gregory Campbell (AR #92001)
Campbell Law Firm, P.A.
2100 Riverdale Road, Suite 200B
Little Rock, AR 72202
(501) 372-5659
greg@gcampbell-law.com

*Counsel for Plaintiffs and Putative Class*

2