UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| LAURIE BROWN; OLUWAKEMI FOSUDO; and ABIGAIL MUSICK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>WALMART, INC.,<br><br>    Defendant. | Case No. 5:24-cv-05144 |

**DECLARATION OF ELLIOT O. JACKSON IN SUPPORT OF
MOTION TO APPEAR PRO HAC VICE**

I, Elliot O. Jackson, declare as follows:

1. I am an attorney at Hedin LLP, 1395 Brickell Ave. Suite 610, Miami, Florida 33131.

2. I am a resident of Florida.

3. I am a member in good standing of the Florida Bar.

4. I am admitted to practice before all state courts of competent jurisdiction in the State of Florida. I am admitted to practice before the Florida Supreme Court and the United States District Court for the Middle and Southern Districts of Florida.

5. I have maintained my good standing in each of the courts in which I am admitted to practice law. Attached is a certificate of good standing from the Florida Supreme Court reflecting my good standing.

6. I have never been the subject of any disciplinary action or investigation by any court or bar.

7. I submit to all disciplinary procedures applicable to Arkansas lawyers.

I declare under penalty of perjury that the above is true and correct.

Dated: July 19, 2024

/s/ Elliot O. Jackson