IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

---

LAURIE BROWN, OLUWAKEMI
FOSUDO, and ABIGAIL MUSICK,

        Plaintiffs,                         Case No.  5:24-cv-05144-TLB

v.

WALMART, INC.,

        Defendant.

---

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

---

    Pursuant to Local Rule 83.5(d), Defendant Walmart, Inc. moves this Court for leave for Attorney Jordan V. Hill to appear on behalf of Walmart, Inc. *pro hac vice*. The grounds for this motion are as follows:

1. Jordan V. Hill is a member of the law firm Eimer Stahl LLP. His address and contact information can be found below:

    > Jordan V. Hill
    > EIMER STAHL LLP
    > 224 S. Michigan Ave., Suite 1100
    > Chicago, IL 60604
    > Tel: (312) 660-7611
    > Fax: (312) 692-1718
    > jhill@eimerstahl.com

2. Attorney Hill is a member in good standing of the State Bar of Illinois and is admitted in good standing to the United States District Court for the Northern District of Illinois.

3. Attorney Hill has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. Attorney Hill states and affirms that he will comply with the Local Rules of the United States District Court for the Western District of Arkansas, and all procedures and requirements of this Court.

5. Attorney Hill requests admittance to appear and participate as counsel for Defendant Walmart, Inc.

6. In accordance with Local Rule 83.5(d), Attorney Hill designates Attorney Karen P. Freeman with the law firm Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. as local counsel for this litigation. Attorney Freeman is a member of the Bar of the United States District Court for the Western District of Arkansas and maintains an office in Arkansas at the below address. This Court and opposing counsel may readily communicate with Attorney Freeman regarding the conduct of the case.

>   Karen P. Freeman
>   Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
>   4206 South J.B. Hunt Drive, Suite 200
>   Rogers, Arkansas 72758
>   Tel: (479) 464-5682
>   kfreeman@mwlaw.com

7. It is understood that admission *pro hac vice* does not constitute formal admission.

8. The fee for admission *pro hac vice* will be paid electronically through CM/ECF.

9. WHEREFORE, Defendant Walmart, Inc. respectfully requests that this Motion for Leave to Appear *Pro Hac Vice* be granted and that Attorney Jordan

V. Hill be permitted to appear and participate as counsel for Defendant Walmart, Inc. in this matter.

Dated: September 23, 2024                  Respectfully Submitted,

Jordan V. Hill
Ill. State Bar No. 6340800
EIMER STAHL LLP
224 S. Michigan Ave.
Suite 1100
Chicago, IL 60604
Tel: (312) 660-7611
Fax: (312) 692-1718
jhill@eimerstahl.com

*Counsel for Defendant Walmart, Inc.*