IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LAURIE BROWN; OLUWAKEMI FOSUDO; and
ABIGAIL MUSICK, individually and on behalf of
all others similarly situated,**                                                        **PLAINTIFFS**

**V.**                              **NO. 5:24-CV-05144-TLB**

**WALMART INC.**                                                                       **DEFENDANT**

## NOTICE OF APPEARANCE

Colt Galloway of the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., hereby enters his appearance as counsel on behalf of Defendant Walmart Inc., and requests that he receive copies of any and all further notices, pleadings, or correspondence in this matter from this point forward.

This 7th day of October, 2024.

                                              Colt D. Galloway (Ark. Bar No. 2016212)
                                              **MITCHELL, WILLIAMS, SELIG,
                                              GATES & WOODYARD, P.L.L.C.**
                                              4206 South J.B. Hunt Drive, Suite 200
                                              Rogers, Arkansas 72758
                                              (479) 464-5686
                                              cgalloway@mwlaw.com

                                              *Attorneys for Defendant*