IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

_____

LAURIE BROWN, OLUWAKEMI
FOSUDO, and ABIGAIL MUSICK,

        Plaintiffs,        Case No. 5:24-cv-05144-TLB

v.

WALMART, INC.,

        Defendant.

_____

**DEFENDANT WALMART, INC.'S MOTION TO COMPEL ARBITRATION
AND STAY ACTION PENDING ARBITRATION**

_____

1

Defendant Walmart, Inc. ("Walmart") moves to compel plaintiffs Laurie Brown, Oluwakemi Fosudo, and Abigail Musick (collectively, "Plaintiffs") to arbitrate their claims, and for this Court to stay all litigation pending resolution of this Motion and the arbitrations.

1. Plaintiffs have agreed to privately arbitrate their disputes with Walmart and have waived their right to litigate in this court. Walmart therefore requests that this court stay this action and compel Plaintiffs to individually arbitrate their claims under the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3, or in the alternative, Walmart requests that this Court dismiss the Complaint under Rule 12(b)(6).

2. This Motion relies on and is supported by the arguments and authority in the accompanying Memorandum of Law in Support of Defendant Walmart, Inc.'s Motion to Compel Arbitration and Stay Action Pending Arbitration ("Memorandum"), and the declarations of Stacey Krsulic, Anil Kumar Garikepati, Aditya Bakle, Christopher Clancy, and Benjaman E. Waldin, and the exhibits attached to those declarations.

WHEREFORE, Defendant Walmart requests that the Court stay all litigation during the pendency of the resolution of this Motion, compel Plaintiffs to arbitrate their claims on an individual basis, and stay their cases until such arbitrations have been adjudicated by the arbitral body. Alternatively, Walmart requests that the Court dismiss the action.

| | |
|---|---|
| Dated: October 7, 2024 | Respectfully Submitted, |

RYAN J. WALSH (admitted *pro hac vice*)
Wis. State Bar No. 1091821
EIMER STAHL LLP
10 East Doty Street
Suite 621
Madison, WI 53703
Tel: (608) 620-8346
Fax: (312) 692-1718
rwalsh@eimerstahl.com

BENJAMIN E. WALDIN (admitted *pro hac vice*)
Ill. State. Bar No. 6317991
JORDAN V. HILL (admitted *pro hac vice*)
Ill. State Bar No. 6340800
EIMER STAHL LLP
224 South Michigan Ave.
Suite 1100
Chicago, IL 60604
Tel: (312) 660-7600
Fax: (312) 692-1718
bwaldin@eimerstahl.com
jhill@eimerstahl.com

KAREN P. FREEMAN
Ark. No. 2009094
COLT D. GALLOWAY
Ark. No. 2016212
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
4206 South J.B. Hunt Drive
Suite 200
Rogers, Arkansas 72758
Tel: (479) 464-5682
Fax: (479) 878-6928
kfreeman@mwlaw.com
cgalloway@mwlaw.com

*Counsel for Defendant Walmart, Inc.*