IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

LAURIE BROWN, OLUWAKEMI
FOSUDO, and ABIGAIL MUSICK,

        Plaintiffs,

v.

WALMART, INC.,

        Defendant.

Case No. 5:24-cv-05144-TLB

**DECLARATION OF ADITYA BAKLE IN SUPPORT OF WALMART INC.'S
MOTION TO COMPEL ARBITRATION
AND STAY LITIGATION**

# DECLARATION

I, Aditya Bakle, hereby declare as follows:

1. I am employed as a Director, Software Engineering at Walmart Inc. I have worked at Walmart since December 2023. My current job responsibilities involve, among other things, leading the teams responsible for the customer account creation process on Walmart.com and the Walmart App. If called to testify regarding the facts set forth in this declaration, I could and would testify competently thereto.

2. Walmart Inc. is based in Bentonville, Arkansas and is the United States' largest retailer. In addition to Walmart's physical locations, Walmart also offers items for sale online at Walmart.com. Customers may place online orders through a web browser or Walmart's mobile application.

## *Location of Terms of Use*

3. All customers must create a Walmart.com account if they wish to make an online purchase from Walmart. There is no "Guest" checkout option on Walmart.com. To create a Walmart account, customers must fill out a form with their first and last name, phone number, and chosen password. After customers submit this information, they must click a blue button that says "Continue."

4. Immediately above the blue "Continue" button, the webpage states that "By clicking Create Account, you acknowledge you have read and agreed to our Terms of Use and Privacy Policy." The underlined phrases (i.e. "Terms of Use" and "Privacy Policy") are underlined on the webpage, indicating hyperlinks to the applicable Terms of Use and Privacy Policy pages. A screenshot of the button and text is below:

> By clicking Create Account, you acknowledge you have read and agreed to our Terms of Use and Privacy Policy. Message and data rates may apply. View our Mobile Alerts Terms.
>
> **Continue**

5. At the time that Plaintiffs created their Walmart.com customer profile, the location of the Terms of Use links on the webpages would have been in substantially the same location and looked substantially identical to the location in the screenshots listed above.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on October 4, 2024 | 11:02 PDT in Sunnyvale, California.

*Aditya Bakle*
Aditya Bakle