IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

LAURIE BROWN, OLUWAKEMI
FOSUDO, and ABIGAIL MUSICK,

        Plaintiffs,

v.

WALMART, INC.,

        Defendant.

Case No. 5:24-cv-05144-TLB

**DECLARATION OF ANIL KUMAR GARIKEPATI IN SUPPORT OF
WALMART INC.'S MOTION TO COMPEL ARBITRATION
AND STAY LITIGATION**

# DECLARATION

I, Anil Kumar Garikepati, hereby declare as follows:

1.      I am employed as a Director, Software Engineering at Walmart Inc. I have worked at Walmart since May 2012. My current job responsibilities involve, among other things, leading the teams responsible for the cart and checkout process on Walmart.com and the Walmart App. If called to testify regarding the facts set forth in this declaration, I could and would testify competently thereto.

2.      Walmart Inc. is based in Bentonville, Arkansas and is the United States' largest retailer. In addition to Walmart's physical locations, Walmart also offers items for sale online at Walmart.com. Customers may place online orders through a web browser or Walmart's mobile application.

## *Location of Terms of Use*

3.      To make a purchase, customers must add products to their online shopping cart. Once a customer has selected their items, they click a blue button that reads "Continue to checkout" within the page for the cart. A screenshot of the button and text is below:

[Continue to checkout button]

4.      On the right side of the screen, there is a blue button that reads "Place order for" followed by the total amount of the item(s) and any applicable shipping and taxes. Immediately below the blue "Place order" button, the webpage states, "By

placing this order, you agree to our Privacy Policy and Terms of Use." The underlined phrases are hyperlinks to the applicable Terms of Use and Privacy Policy pages. A screenshot of the button and text is below:

> **Place order for $20.94**
>
> By placing this order, you agree to our Privacy Policy and Terms of Use

5. A full page screenshot showing the cart checkout page can be seen at Exhibit A.1.

6. Customers may also purchase an item by clicking the "Buy now" button instead of the "Add to cart" button. After clicking the "Buy now" button, a customer may purchase an item without navigating through the "Cart." Using the "Buy now" option, the user may press a blue "Place order" button. Immediately above the blue "Place order" button, the webpage states, "By placing this order, you agree to our Privacy Policy and Terms of Use." The underlined phrases are hyperlinks to the applicable Terms of Use and Privacy Policy pages. A screenshot of the relevant portions of the webpage is provided below:

> By placing this order, you agree to our Privacy Policy and Terms of Use
>
> **Place order**

7. A full page screenshot showing the "Buy Now" checkout can be seen at Exhibit A.2.

8. Customers cannot place an order outside of the two methods described above. Every time customers place an order, they must click a "Place order" button located immediately either above or below a hyperlink to the <u>Terms of Use</u> and <u>Privacy Policy</u>.

9. The requirement to click the "Place Order" button is substantially the same through the Walmart.com web browser or through the Walmart App.

10. The requirement to create a Walmart.com profile to purchase an item on Walmart.com and the process for purchasing items on Walmart.com has been substantially the same since December 2022.

11. A hyper link to the Terms of Use can also be found at the bottom of every page on the Walmart.com domain.

12. At the time that Plaintiffs created their Walmart.com customer profile and at the times Plaintiffs purchased the video materials described in the Complaint, the location of the Terms of Use links on the webpages would have been in substantially the same location and looked substantially identical to the location in the screenshots listed above.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on October 4, 2024 | 20:30 CDT in Sunnyvale, California.

*Anilkumar Garikepati*
_____
Anil Kumar Garikepati