Docusign Envelope ID: 4326D007-67B1-4DAC-8F3C-35F02DAE4462

Case 5:24-cv-05144-TLB    Document 26-3    Filed 10/07/24    Page 1 of 2 PageID #: 101

# Exhibit A.1



## Exhibit A.2

