IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

LAURIE BROWN, OLUWAKEMI
FOSUDO, and ABIGAIL MUSICK,

        Plaintiffs,

v.

WALMART, INC.,

        Defendant.

Case No. 5:24-cv-05144-TLB

**DECLARATION OF STACEY KRSULIC IN SUPPORT OF WALMART INC.'S
MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

# DECLARATION

I, Stacy Krsulic, hereby declare as follows:

1. I am employed as a Senior Manager, Learning and Development at Walmart Inc. I have worked at Walmart since October 2020. My current job responsibilities involve, among other things, directing the team responsible for publishing the Terms of Use accessible on www.walmart.com. If called to testify regarding the facts set forth in this declaration, I could and would testify competently thereto.

2. Walmart Inc. is based in Bentonville, Arkansas and is the United States' largest retailer. In addition to Walmart's physical locations, Walmart also offers items for sale online at Walmart.com. Customers may place online orders through a web browser or Walmart's mobile application.

## *Applicable Terms of Use for Each Plaintiff*

3. Walmart's current Terms of Use are attached hereto as Exhibit A. At all times relevant to the claims at issue in the Complaint, Walmart's Terms of Use have included the following text at the very top of the document:

> IMPORTANT: THESE TERMS OF USE CONTAIN A MANDATORY ARBITRATION PROVISION THAT, AS FURTHER SET FORTH IN SECTION 20 BELOW, REQUIRES THE USE OF ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES. THIS MEANS THAT YOU AND THE WALMART ENTITIES ARE EACH GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT OR IN CLASS ACTIONS OF ANY KIND. IN ARBITRATION, THERE IS NO JUDGE OR JURY AND THERE IS LESS DISCOVERY AND APPELLATE REVIEW THAN IN COURT.

4. At all times relevant to the claims at issue in the Complaint, Walmart's Terms of Use have included the following language:

**UPDATES**: We may update these Terms of Use from time to time by notifying you of such changes by any reasonable means, including by posting a revised Terms of Use through the Walmart Sites. Any such changes will not apply to any dispute between you and us arising prior to the date on which we posted the revised Terms of Use incorporating such changes or otherwise notified you of such changes. You agree that it your responsibility to regularly check Walmart.com for any updated Terms of Use. In addition, by continuing to use or access any of the Walmart Sites or otherwise engaging with Walmart after we post any changes, you accept the updated Terms of Use.

5. At all times relevant to the claims at issue in the Complaint, Walmart's Terms of Use have included a section titled "20. Disputes, Arbitration, and Applicable Law."

6. At all times relevant to the claims at issue in the Complaint, Section 20 of Walmart's Terms of Use has included the following language:

> ALL DISPUTES ARISING OUT OF OR RELATED TO THESE TERMS OF USE OR ANY ASPECT OF THE RELATIONSHIP BETWEEN YOU AND WALMART…WHETHER BASED IN CONTRACT, TORT, STATUTE, FRAUD, MISREPRESENTATION, OR ANY OTHER LEGAL THEORY, WILL BE RESOLVED THROUGH FINAL AND BINDING ARBITRATION

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on  October 7, 2024 | 12:34 CDT  in Bentonville, Arkansas.

*Stacey Krsulic*
_____
Stacey Krsulic