IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

LAURIE BROWN, OLUWAKEMI
FOSUDO, and ABIGAIL MUSICK,

        Plaintiffs,        Case No. 5:24-cv-05144-TLB

v.

WALMART, INC.,

        Defendant.

**DECLARATION OF CHRISTOPHER CLANCY IN SUPPORT OF WALMART INC.'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

# DECLARATION

I, Christopher Clancy, hereby declare as follows:

1.  I am employed as a Staff eDiscovery Engineer at Walmart Inc. I have worked at Walmart since April 2011. My current job responsibilities involve, among other things, performing searches for purchase history data kept in the ordinary course of Walmart's business operations. If called to testify regarding the facts set forth in this declaration, I could and would testify competently thereto.

## *Plaintiffs' Purchases*

2.  I searched business records kept in the ordinary course of Walmart's business operations for information regarding the Plaintiff's purchase history for certain date ranges.

3.  In particular, I searched for information regarding Walmart.com purchase records for Laurie Brown of Wenatchee, Washington from December 1, 2022 through July 15, 2024; Walmart.com purchase records for Abigail Musick of Wenatchee, Washington from December 1, 2023 through July 15, 2024; and Walmart.com purchase records for Oluwakemi Fosudo of Columbia, Maryland from July 15, 2022 through July 15, 2024;.

Laurie Brown

4.  The following email addresses were found for Laurie Brown of Wenatchee, Washington and used to locate transactional data: Redacted Redacted

5.  Walmart's records indicate that Redacted was associated with Walmart.com purchases for a customer ID for a customer having a first

name of Laurie, a last name of Brown, and a billing address in Wenatchee, Washington.

6. Walmart's records indicate that Laurie Brown purchased a DVD on Walmart.com on December 23, 2022.

7. Walmart's records also indicate that Laurie Brown purchased an item on Walmart.com on June 17, 2024.

Abigail Musick

8. The following email addresses were found for the plaintiff Abigail Musick of Alexander City, Alabama and used to locate transactional data: Redacted Redacted and Redacted Redacted.

9. Walmart's records indicate that Redacted was associated with Walmart.com purchases for a customer ID for a customer having a first name of Abby, a last name of Musick, and a billing address in Alexander City, Alabama.

10. Walmart's records indicate that Abby Musick purchased a DVD on Walmart.com on December 28, 2023.

11. Walmart's records also indicate that Abby Musick purchased an item on Walmart.com on July 15, 2024.

Oluwakemi Fosudo

12. The following email addresses were found for the Oluwakemi Fosudo of

Columbia, Maryland and used to locate transactional data: Redacted
Redacted.

13. Walmart's records indicate that Redacted was associated with Walmart.com purchases for a customer ID for a customer having a first name of Kemi, a last name of Ade, and a billing address in Columbia, Maryland ("Kemi Ade").

14. Walmart's records indicate that Kemi Ade purchased a DVD from Walmart.com on June 20, 2024.

15. Walmart's records also indicate that Kemi Ade purchased an item on Walmart.com on July 6, 2024.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on October 7, 2024 | 10:45 CDT in Bentonville, Arkansas.

*Christopher Clancy*

**Christopher Clancy**