IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

---

LAURIE BROWN, OLUWAKEMI
FOSUDO, and ABIGAIL MUSICK,

        Plaintiffs,        Case No. 5:24-cv-05144-TLB

v.

WALMART, INC.,

        Defendant.

---

**DECLARATION OF BENJAMIN E. WALDIN IN SUPPORT OF DEFEND-ANT WALMART, INC.'S MOTION TO COMPEL ARBITRATION AND STAY ACTION PENDING ARBITRATION**

## DECLARATION

I, Benjamin E. Waldin, hereby declare as follows:

1. I am an attorney at Eimer Stahl LLP. I make the following statements based on my personal knowledge. If called to testify regarding the statements set forth in this declaration, I could and would testify competently thereto.

2. I conducted research on Westlaw for information regarding plaintiff Oluwakemi Fosudo of Columbia Maryland to assist in identifying her Walmart.com purchase records. Using the Westlaw PeopleMap tool, I located only one person associated with the name Oluwakemi Fosudo in Columbia Maryland. That person resides at Redacted Columbia, MD 21046-1427. That person is also associated with the email address Redacted. That person is listed as have the following name variations: Kemi Fosudo, Oluwakemi R Adefosudo, Oluwakemi R. Ade Fosudo, and Ms Oluwakemi Ade-Fosudo.

3. The mailing and email addresses of the Oluwakemi Fosudo in the Westlaw PeopleMap results match billing and email addresses used by "Kemi Ade" in Walmart's sales transaction records.

4. Attached hereto as Exhibit A is a true and correct copy of the Westlaw PeopleMap report for Oluwakemi A Fosudo.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on _____October 7, 2024_____ in Chicago, Illinois.

_____*Benjamin Waldin*_____
**Benjamin E. Waldin**