# Exhibit A (redacted)

Possible People Information 2
   Person Overview 2
   SSN Summary 2
   Name Variations 2
   Addresses 2
   Email Addresses 3
   Phone Numbers 3
Permissible Uses and FCRA Disclaimer 3
   Permissible Uses 3

## Possible People Information

### Person Overview

**OLUWAKEMI A FOSUDO**
Redacted
COLUMBIA, MD 21046-1427 | HOWARD County

**Phone Number(s):**
Redacted

**SSN:**
Redacted

**DOB:**
Redacted

**Entity ID:**
P393426632



### SSN Summary

| SSN | Source |
| --- | --- |
| Redacted | |

### Name Variations

| Name | Source |
| --- | --- |
| KEMI FOSUDO | People Find |
| OLUWAKEMI R ADEFOSUDO | People Find |
| OLUWAKEMI ADE FOSUDO | Criminal&Infraction    \|    People Find |
| OLUWAKEMI R ADE FOSUDO | People Find |
| OLUWAKEMI ADEFOSUDO | New Movers    \|    People Find    \|    People Household |
| MS OLUWAKEMI ADE-FOSUDO | New Movers    \|    People Household |

### Addresses

| Address | |
| --- | --- |
| Redacted COLUMBIA, MD 21046-1427 \| HOWARD County | |
| *Reported 01/01/2015 - 10/31/2018* | |
| By People Household 01/01/2015 - 10/31/2018 | People Household #1    \|    People Household #2 |
| By New Movers 10/21/2015 - 10/21/2015 | New Movers |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| By People Find 08/15/2015 - 08/15/2015 | People Find |
| **Redacted** ELKRIDGE, MD 21075-7160 \| HOWARD County | |
| *Reported 01/01/2012 - 02/23/2013* | |
| By New Movers 02/23/2013 - 02/23/2013 | New Movers |
| By People Household 01/01/2012 - 05/31/2012 | People Household |
| By People Find 05/01/2012 - 05/01/2012 | People Find |
| **Redacted** GREENBELT, MD 20770-1925 \| PRINCE GEORGES County | |
| *Reported 05/01/2012 - 05/01/2012* | |
| By People Find 05/01/2012 - 05/01/2012 | People Find |
| **COLUMBIA, MD 21046 \| HOWARD County** | |
| *Reported N/A* | |
| By Phone Records | Phone Records |
| **ELKRIDGE, MD 21075** | |
| *Reported N/A* | |
| By Criminal&Infraction | Criminal&Infraction |

## Email Addresses

| Email | Source |
|---|---|
| Redacted | Business Profile |

## Phone Numbers

| Phone | Source |
|---|---|
| Redacted | Phone Records |

## Permissible Uses and FCRA Disclaimer

**Permissible Uses**

DPPA - For use in connection with a civil, criminal, or arbitral legal proceeding or legal research.
GLB - NO PERMISSIBLE USE.
VOTERS - NO PERMISSIBLE USE.
Skip Tracing for Consumer Collections Declaration - Are you using this product for skip tracing related to consumer debt collection? - No

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.