IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

---

LAURIE BROWN, OLUWAKEMI
FOSUDO, and ABIGAIL MUSICK,

        Plaintiffs,        Case No. 5:24-cv-05144-TLB

v.

WALMART, INC.,

        Defendant.

---

**DEFENDANT WALMART, INC.'S
MOTION FOR LEAVE TO FILE UNDER SEAL**

---

Defendant Walmart, Inc. ("Walmart"), by and through its counsel, file this Motion requesting leave to file the following accompanying documents under seal: (1) the Declaration of Christopher Clancy in Support of Defendant Walmart, Inc.'s Motion to Compel Arbitration and Stay Action Pending Arbitration, (2) the Declaration of Benjamin E. Waldin in Support of Defendant Walmart, Inc.'s Motion to Compel Arbitration and Stay Action Pending Arbitration, and (3) Exhibit A to the Declaration of Benjamin E. Waldin in Support of Defendant Walmart, Inc.'s Motion to Compel Arbitration and Stay Action Pending Arbitration. In support, Walmart states as follows:

1. Plaintiffs Laurie Brown, Oluwakemi Fosudo, and Abigail Musick (collectively, "Plaintiffs") filed a class action complaint in this Court seeking relief under the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710, based on purchases they made on Walmart.com.

2. Walmart has filed a Motion to Compel Arbitration and Stay Action Pending Arbitration and Memorandum of Law in Support thereof. In further support of Walmart's motion, Walmart has attached materials identifying the personal information of Plaintiffs, including home addresses, e-mail addresses, phone numbers, and certain information related to their social security numbers (collectively the "Personal Identifying Information"). This information was needed to identify Plaintiffs' records in Walmart's data, showing that they made Walmart.com purchases and, in connection therewith, agreed to arbitrate any related disputes.

3. Walmart filed a public-record version of the above-referenced materials with the Personal Identifying Information redacted.

4. The redacted information may be considered "sensitive information" and/or "personal identifier information," warranting redaction under Section III(I) of this Court's Administrative Policies and Procedures Manual for Civil and Criminal Filings.

WHEREFORE, for the reasons stated above, Walmart respectfully requests that the Court (a) grant this motion and (b) permit the unredacted version of the above-referenced materials to be filed under seal.

Dated: October 7, 2024                  Respectfully Submitted,

RYAN J. WALSH (admitted *pro hac vice*)
Wis. State Bar No. 1091821
EIMER STAHL LLP
10 East Doty Street
Suite 621
Madison, WI 53703
Tel: (608) 620-8346
Fax: (312) 692-1718
rwalsh@eimerstahl.com

BENJAMIN E. WALDIN (admitted *pro hac vice*)
Ill. State. Bar No. 6317991
JORDAN V. HILL (admitted *pro hac vice*)
Ill. State Bar No. 6340800
EIMER STAHL LLP
224 South Michigan Ave.
Suite 1100
Chicago, IL 60604
Tel: (312) 660-7600
Fax: (312) 692-1718
bwaldin@eimerstahl.com
jhill@eimerstahl.com

KAREN P. FREEMAN
Ark. No. 2009094
COLT D. GALLOWAY
Ark. No. 2016212
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
4206 South J.B. Hunt Drive
Suite 200
Rogers, Arkansas 72758
Tel: (479) 464-5682
Fax: (479) 878-6928
kfreeman@mwlaw.com
cgalloway@mwlaw.com

*Counsel for Defendant Walmart, Inc.*
