IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LAURIE BROWN, OLUWAKEMI
FOSUDO, and ABIGAIL MUSICK,

            Plaintiffs,        Case No. 5:24-cv-05144-TLB

v.

WALMART, INC.,

            Defendant.

## DEFENDANT WALMART, INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF

Walmart, Inc. has moved to compel arbitration and stay this action pending arbitration. Doc. 25. Plaintiffs opposed Walmart's motion, arguing that the arbitration agreement does not apply, because each of their claims is a dispute that would qualify for Arkansas Small Claims Court. Doc. 33.

Walmart believes it is necessary to briefly address Plaintiffs' argument because it is demonstrably wrong. Walmart did not address Plaintiffs' argument in its opening brief because that argument is plainly inconsistent with the parties' Agreement and Arkansas law. Plaintiffs' Opposition omits critical discussion of the binding legal authority necessary to decide their arguments. In order to provide the Court with arguments and authorities that will assist it in deciding this matter, Walmart respectfully moves for leave to file its proposed Reply Brief, attached hereto as Exhibit 1.

1

Pursuant to Local Rule 7.2(d)(2), no brief is required to be filed in support of this request for leave.

| | |
|---|---|
| Dated: November 6, 2024 | Respectfully Submitted, |

<div style="margin-left:50%">

RYAN J. WALSH (admitted *pro hac vice*)
Wis. State Bar No. 1091821
EIMER STAHL LLP
10 East Doty Street
Suite 621
Madison, WI 53703
Tel: (608) 620-8346
Fax: (312) 692-1718
rwalsh@eimerstahl.com

BENJAMIN E. WALDIN (admitted *pro hac vice*)
Ill. State. Bar No. 6317991
JORDAN V. HILL (admitted *pro hac vice*)
Ill. State Bar No. 6340800
EIMER STAHL LLP
224 South Michigan Ave.
Suite 1100
Chicago, IL 60604
Tel: (312) 660-7600
Fax: (312) 692-1718
bwaldin@eimerstahl.com
jhill@eimerstahl.com

KAREN P. FREEMAN
Ark. No. 2009094
COLT D. GALLOWAY
Ark. No. 2016212
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
4206 South J.B. Hunt Drive
Suite 200
Rogers, Arkansas 72758
Tel: (479) 464-5682
Fax: (479) 878-6928
kfreeman@mwlaw.com
cgalloway@mwlaw.com

*Counsel for Defendant Walmart, Inc.*

</div>

2