IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

---

LAURIE BROWN, OLUWAKEMI
FOSUDO, and ABIGAIL MUSICK,

          Plaintiffs,

v.

WALMART INC.,

          Defendant.

Case No. 5:24-cv-05144-TLB

---

**DEFENDANT WALMART INC.'S CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Walmart Inc. is a corporation organized and existing under the laws of the State of Delaware. Walmart Inc. maintains its principal place of business in Bentonville, Arkansas. Walmart Inc. is publicly traded on the New York Stock Exchange under the symbol "WMT." No publicly traded entity owns more than 10% of the stock of Walmart Inc.

Dated: December 6, 2024

Respectfully Submitted,

RYAN J. WALSH (admitted *pro hac vice*)
Wis. State Bar No. 1091821
EIMER STAHL LLP
10 East Doty Street
Suite 621
Madison, WI 53703
Tel: (608) 620-8346
Fax: (312) 692-1718
rwalsh@eimerstahl.com

BENJAMIN E. WALDIN (admitted *pro hac vice*)
Ill. State. Bar No. 6317991
JORDAN V. HILL (admitted *pro hac vice*)
Ill. State Bar No. 6340800
EIMER STAHL LLP
224 South Michigan Ave.
Suite 1100
Chicago, IL 60604
Tel: (312) 660-7600
Fax: (312) 692-1718
bwaldin@eimerstahl.com
jhill@eimerstahl.com

KAREN P. FREEMAN
Ark. No. 2009094
COLT D. GALLOWAY
Ark. No. 2016212
MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
4206 South J.B. Hunt Drive
Suite 200
Rogers, Arkansas 72758
Tel: (479) 464-5682
Fax: (479) 878-6928
kfreeman@mwlaw.com
cgalloway@mwlaw.com

*Counsel for Defendant Walmart Inc.*