**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

LAURIE BROWN; ABIGAIL MUSICK; and OLUWAKEMI FOSUDO, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

WALMART, INC.,

Defendant.

Case No: 5:24-cv-05144-TLB

**PLAINTIFFS' MOTION TO REOPEN CASE**

Plaintiffs, by and through undersigned counsel, respectfully submit this motion to reopen the above-captioned action.

On January 31, 2025, the Court issued an order granting Defendant's motion to compel arbitration, finding that "the parties have manifested a clear and unmistakable intent to delegate the question of arbitrability, 'including any objections with respect to . . . the arbitrability of any claim.'" ECF No. 44 at 4 (quoting Consumer Arbitration Rules, Am. Arb. Ass'n, R-14(a). The Court "administratively terminate[d] the case," *id.*, and stated that a party may "move to reopen it if further action of the Court is required after arbitration has been concluded." *Id.*

Plaintiff Brown's arbitration has concluded, and action of the Court is now required. On November 20, 2025, Arbitrator Mary R. Barzee Flores of the American Arbitration Association issued an order finding Plaintiff Brown's claim non-arbitrable pursuant to the Walmart.com Terms of Use (the "Brown Order"). All Plaintiffs thus request that the Court reopen this case to: (1) permit Plaintiff Brown to seek confirmation of the Brown Order; (2) permit Plaintiffs Musick and Fosudo to seek a determination that their claims are non-arbitrable based on the preclusive effect

of the confirmed Brown Order; and (3) permit this litigation to thereafter resume in the ordinary course.

Pursuant to Local Rule 7.1(a), Plaintiffs' counsel hereby certify that they have met and conferred with counsel for Defendant concerning the relief sought in this motion and have been advised that Defendant will not consent to the relief sought herein.

WHEREFORE, Plaintiffs respectfully request that the Court reopen the above-captioned action.

Dated: January 28, 2026

Respectfully submitted,

*/s/ H. Gregory Campbell*

**CAMPBELL LAW FIRM, P.A.**
H. Gregory Campbell (Ark. Bar No. 92001)
2100 Riverdale Road, Suite 200B
Little Rock, Arkansas 72202
Telephone: (501) 372-5659
E-Mail: greg@gcampbell-law.com

and

**HEDIN LLP**
Frank S. Hedin (*pro hac vice*)
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
E-Mail: fhedin@hedinllp.com

*Counsel for Plaintiffs and Putative Class*