IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LAURIE BROWN, OLUWAKEMI
FOSUDO, and ABIGAIL MUSICK,

               Plaintiffs,                Case No.  5:24-cv-05144-TLB

v.

WALMART, INC.,

               Defendant.

## MOTION TO WITHDRAW APPEARANCE OF JORDAN V. HILL

Defendant Walmart, Inc., ("Defendant"), by their attorneys and pursuant to Local Rule 83.5(f), respectfully requests that it be allowed to withdraw the appearance of Jordan V. Hill as counsel of record for Defendant, and in support of this motion, state as follows:

1.     The law firm Eimer Stahl LLP filed an appearance in this matter and Jordan V. Hill appeared as one of the counsel of record for Defendant.

2.     Jordan V. Hill is no longer associated with the law firm of Eimer Stahl LLP, and his work in connection with this matter has ended.

3.     Ryan J. Walsh, Benjamin W. Waldin, and Collin J. Vierra, with Eimer Stahl LLP, have filed appearances in this matter and will continue to represent Walmart as counsel of record.  There will be no prejudice or delay by the withdrawal of Jordan V. Hill.

WHEREFORE, Walmart, Inc. respectfully moves this Court to allow Jordan V. Hill to withdraw as counsel in this matter.

Dated: February 23, 2026

Respectfully Submitted,

RYAN J. WALSH (admitted *pro hac vice*)
Wis. State Bar No. 1091821
EIMER STAHL LLP
10 East Doty Street
Suite 621
Madison, WI 53703
Tel: (608) 620-8346
Fax: (312) 692-1718
rwalsh@eimerstahl.com

BENJAMIN E. WALDIN (admitted *pro hac vice*)
Ill. State. Bar No. 6317991
EIMER STAHL LLP
224 South Michigan Ave.
Suite 1100
Chicago, IL 60604
Tel: (312) 660-7600
Fax: (312) 692-1718
bwaldin@eimerstahl.com

COLLIN J. VIERRA (admitted *pro hac vice*)
CA. State. Bar No. 322720
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Tel: (408) 889-1668
Fax: (312) 692-1718
cvierra@eimerstahl.com

KAREN P. FREEMAN
Ark. No. 2009094
COLT D. GALLOWAY
Ark. No. 2016212

MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
4206 South J.B. Hunt Drive
Suite 200
Rogers, Arkansas 72758
Tel: (479) 464-5682
Fax: (479) 878-6928
kfreeman@mwlaw.com
cgalloway@mwlaw.com

*Counsel for Defendant Walmart, Inc.*