IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

---

LAURIE BROWN, OLUWAKEMI
FOSUDO, and ABIGAIL MUSICK,

               Plaintiffs,                     Case No.  5:24-cv-05144-TLB

v.

WALMART, INC.,

               Defendant.

---

**DEFENDANT'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL AUTHORITY**

---

On January 28, 2026, Plaintiffs filed a Motion to Reopen Case ("Motion"). Doc. 45. Defendant Walmart Inc. ("Walmart") opposes the Motion. Doc. 46.

On April 1, 2026, the Ninth Circuit Court of Appeals issued an opinion in *O'Dell v. Aya Healthcare Services, Inc.*, that directly relates to Plaintiff's Motion. No. 25-1528, 2026 WL 889141 (9th Cir. 2026).  To that end, Walmart now moves for leave to file the Supplemental Authority attached as Exhibit 1 in further support of its opposition to Plaintiffs' Motion. Walmart respectfully submits that the Supplemental Authority will assist the Court as it considers the issues presently before it.

Pursuant to Local Rule 7.2(d), no brief is required to be filed in support of this request for leave.

 Dated: April 13, 2026                    Respectfully Submitted,

                                   RYAN J. WALSH (admitted *pro hac vice*)
                                   Wis. State Bar No. 1091821

EIMER STAHL LLP
2 East Mifflin Street
Suite 703
Madison, WI 53703
Tel: (608) 620-8346
Fax: (312) 692-1718
rwalsh@eimerstahl.com

BENJAMIN E. WALDIN (admitted *pro hac vice*)
Ill. State. Bar No. 6317991
EIMER STAHL LLP
224 South Michigan Ave.
Suite 1100
Chicago, IL 60604
Tel: (312) 660-7600
Fax: (312) 692-1718
bwaldin@eimerstahl.com

COLLIN J. VIERRA (admitted *pro hac vice*)
CA. State. Bar No. 322720
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Tel: (408) 889-1668
Fax: (312) 692-1718
cvierra@eimerstahl.com

KAREN P. FREEMAN
Ark. No. 2009094
COLT D. GALLOWAY
Ark. No. 2016212
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
4206 South J.B. Hunt Drive
Suite 200
Rogers, Arkansas 72758
Tel: (479) 464-5682
Fax: (479) 878-6928
kfreeman@mwlaw.com
cgalloway@mwlaw.com

*Counsel for Defendant Walmart, Inc.*

2